FILED

07 OCT 16 AM 8:36

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
HONORABLE JUDGE WILLIAM Q. HAYES

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 07CR1408 WQH |
| Plaintiff ) | ORDER FOR EXTRAORDINARY |
| ) | EXPENSES: Interpreter Fees |
| v. ) | |
| CHAVEZ-Chavez, David ) | |
| Defendant ) | |

    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that extraordinary expenses for interpreter fees by Maria Brower be ordered in the amount of **50** hours **($2,250.00)** over the initial $499.50 authorization. It is further ordered that a copy of this order be forwarded to attorney Obenauer.

    SO ORDERED:

Dated: October 15, 2007

Judge WILLIAM Q. HAYES
U.S. District Court