```
                                           FILED
                                        07 OCT 16 AM 8:36
                                        CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY:       POV        DEPUTY
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
HONORABLE JUDGE WILLIAM Q. HAYES

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 07CR1408 WQH |
| ) | |
| Plaintiff ) | ORDER FOR EXTRAORDINARY |
| ) | |
| ) | EXPENSES: Interpreter Fees |
| ) | |
| v. ) | |
| ) | |
| ) | |
| ) | |
| CHAVEZ-Chavez, David ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

   GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that extraordinary expenses for interpreter fees by Maria Brower be ordered in the amount of **50 hours ($2,250.00)** over the initial $499.50 authorization. It is further ordered that a copy of this order be forwarded to attorney Obenauer.

   SO ORDERED:


Dated: October 15  2007        Judge WILLIAM Q. HAYES
                               U.S. District Court