

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE JUDGE WILLIAM Q. HAYES

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 07CR1408 WQH |
| | ) |
| Plaintiff | ) |
| v. | ) ORDER FOR |
| | ) INTERIM PAYMENT OF |
| David CHAVEZ-CHAVEZ | ) ATTORNEY FEES |
| | ) |
| Defendant | ) |
| | ) |

GOOD CAUSE APPEARING, IT IS ORDERED that attorney Gregory D. Obenauer's application for interim payment of attorney fees be granted and a copy of this order be forwarded to attorney Obenauer

December 6, 2007

JUDGE WILLIAM Q. HAYES
U.S. DISTRICT COURT