```
                        FILED
                     08 OCT 16 PM 1:42
                    CLERK, U.S. DISTRICT COURT
                  SOUTHERN DISTRICT OF CALIFORNIA
```


BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
HONORABLE JUDGE WILLIAM Q. HAYES

UNITED STATES OF AMERICA ) Case No. 07CR1408 WQH
                         )
            Plaintiff    )  ORDER FOR EXTRAORDINARY
                         )
                         )  EXPENSES: Interpreter Fees
                         )
v.                       )
                         )
                         )
                         )
CHAVEZ-Chavez, David     )
                         )
            Defendant    )
_____)

    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that extraordinary expenses for interpreter fees by Maria Brower be ordered in the amount of **20 hours ($900.00)** over the initial $499.50 authorization It is further ordered that a copy of this order be forwarded to attorney Obenauer.

    SO ORDERED:

Dated: October /1/  2008    Judge WILLIAM Q. HAYES
                                        U.S. District Court